IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

RUSSELL GAITHER, )
)
Plaintiff, )
)
v. ) CV 121-047
)
NATHAN DEAL, Commissioner; )
MR. PHILBIN, Warden; MRS. HARVEY, )
Deputy Warden; MR. PASCAL, Deputy )
Warden; and ROBBIE MILLER, )
)
Defendants. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis* ("IFP"), (doc. nos. 6), **DENIES** Plaintiff's motion for appointment of counsel, (doc. no. 9), **DISMISSES** this case without prejudice, and **CLOSES** this civil action. For the same reasons stated in the Magistrate Judge's R&R, Plaintiff's second request to proceed IFP is **DENIED**. (Doc. no. 15.)

SO ORDERED this 10th day of May, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA