AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RUSSELL GAITHER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 121-047

V.

NATHAN DEAL, Commissioner; MR. PHILBIN, Warden; MRS. HARVEY, Deputy Warden; MR. PASCAL, Deputy Warden; and ROBBIE MILLER,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated May 10, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Accordingly, Plaintiff's complaint is dismissed without prejudice, Plaintiff's motions to proceed in forma pauperis are denied, and this civil action stands closed.

May 10, 2021
Date



John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/2020